Meredith L. Thielbahr, ISB#9733
mthielbahr@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095
*Attorneys for Plaintiff*
*State National Insurance Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

### CENTRAL DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>THRUXTON CONTRACTING, LLC, a limited liability company, and KIP MOCK, an individual,<br><br>Defendants. | NO.<br><br>**PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF** |

COMES NOW, Plaintiff State National Insurance Company, Inc. ("State National" or "Plaintiff"), and, pursuant to 28 U.S.C. §2201(a), brings this action for declaratory relief and alleges as follows:

## I.   PARTIES

1. Plaintiff, State National, is a Texas corporation engaged in the business of insurance in Idaho. State National's principal place of business is in Tarrant County, Texas.

PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF
PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

2. Defendant Thruxton Contracting, LLC ("Defendant Thruxton Contracting") is an Idaho limited liability company with its principal place of business in Latah County, Idaho. At all relevant times, Thruxton Contracting was in the business of a general contractor.

3. Defendant Kip Mock ("Defendant Mock"), upon information and belief, is a member of Thruxton Contracting and an individual residing in Latah County, Idaho.

## II.   JURISDICTION AND VENUE

4. The amount in controversy exceeds $75,000, exclusive of interests and costs.

5. This court has jurisdiction pursuant to 28 U.S.C. §1332 (Diversity of Citizenship) and 28 U.S.C. §2201(Declaratory Judgment).

6. Venue in the District of Idaho, Central Division, is proper under 28 U.S.C. §1391 and Local Rule 3.1.

7. An actual controversy exists between the parties as to whether the policy of insurance issued by State National provides defense and indemnity to the Defendants with respect to the claims against them in *Elijah A. Froh v. Kip B. Mock, et al.*, Case No. CV29-23-0835 in the Second Judicial District Court of the State of Idaho, County of Latah ("Underlying Lawsuit"). A copy of the Complaint in the Underlying Lawsuit is attached as Exhibit A.

## III.   FACTS

**A.   Underlying Lawsuit**

8. On or about October 23, 2021, Elijah A. Froh ("Mr. Froh") was injured due to Defendants' alleged negligence and recklessness of throwing an accelerant on a fire inside of the building located at 2117 S. Highway 95, Moscow, Idaho. *See* Exhibit A, ¶3.

PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF
PAGE 2

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

9. Defendants' conduct resulted in an explosion, which allegedly caused extensive and painful burns to Mr. Froh. *Id.*, ¶3.

10. The Complaint in the Underlying Lawsuit alleges that Defendants were negligent and reckless in adding an accelerant to an already established fire in a contained structure in dangerous proximity to people, and thereby causing an explosion. *Id.*, ¶13.

11. The Complaint continues that Mr. Froh sustained at least $102,000 in fire-related medical expenses, and suffered past and future lost income, pain and suffering, loss of enjoyment and quality of life, property damage, physical disfigurement. *Id.*, ¶20.

**B.    The Insurance Policy**

12. State National issued a Commercial General Liability Policy ("CGL") to the Defendants under policy number NXTWIPB3MO-01-GL, which was in effect from October 6, 2021 to October 6, 2022 ("Policy").

13. The Policy states, in part, as follows:

> **1.    Insuring Agreement**
>
> a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. * * *
>
> * * *
>
> b. This insurance applies to "bodily injury" or "property damage" only if:
>
> (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory".
> (2) The "bodily injury" or "property damage" occurs during the policy period; and
> (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive

PLAINTIFF'S COMPLAINT FOR
DECLARATORY RELIEF
PAGE 3

GORDON REES SCULLY
MANSUKHANI, LLP
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred…

14. The Policy contains, in part, the following endorsement:

**LIMITATION OF COVERAGE TO BUSINESS DESCRIPTION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Business Description:**

Contractors – Subcontracted Work – Family Dwellings

Contractors – Subcontracted Work

**I. SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, 1. Insuring Agreement, b. is amended and the following added:

(4) The "bodily injury" or "property damage" is caused by or results from the business described in the Schedule. II.

15. Based on the above endorsement, the Policy provides coverage only if "bodily injury" or "property damage" is caused by or results from the Defendants' business as a contractor, including subcontracted work.

**IV.   CLAIM FOR RELIEF:  DECLARATORY JUDGMENT**

16. State National repeats and incorporates by reference herein the allegations of paragraphs 1 through 15 above.

17. An actual controversy exists between the parties as to whether State National has a duty to defend and indemnify the Defendants with respect to the claims against them in the Underlying Lawsuit.

PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF
PAGE 4

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

18. Namely, the allegations in the Complaint fail to trigger State National's duty to defend and the duty to indemnify.

19. The allegations in the Complaint of the Underlying Lawsuit state that Mr. Froh's injuries and damages were caused by Defendant Mock throwing an accelerant into a fire inside of a building.

20. There are no allegations in the Complaint of the Underlying Lawsuit that Mr. Froh's injuries and damages were caused by or resulted from the Defendants' business as a contractor, including subcontracted work.

21. There may be other reasons that no duty to defend and no duty to indemnify exist not expressly alleged in this Complaint, and State National incorporates in this Complaint all terms and conditions of the Policy as if fully set forth herein, and reserves the right to rely on and allege any provisions of the Policy as a defense to the duty to defend and duty to indemnify with respect to the Underlying Lawsuit.

## V. PRAYER FOR RELIEF

WHEREFORE, State National Insurance Company, Inc. prays for relief against Thruxton Contracting, LLC and Kip Mock as follows:

A. For entry of declaratory judgment that the claims in the Underlying Lawsuit are not covered under the Policy.

B. For entry of declaratory judgment that State National has no duty to defend and no duty to indemnify the Defendants with respect to the Underlying Lawsuit.

C. For such and other and further relief as the Court may deem just and equitable.

///

PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF
PAGE 5

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

| | |
|---|---|
| Dated:  September 26, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By:  *s/Meredith L. Thielbahr* |
| | Meredith L. Thielbahr, ISB #9733 |
| | Gordon Rees Scully Mansukhani, LLP |
| | 999 W. Main Street, Suite 100 |
| | Boise, ID  83702 |
| | T: (208) 489-9095 |
| | mthielbahr@grsm.com |
| | *Attorneys for Plaintiff State National Insurance Company, Inc.* |

PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF
PAGE 6

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095