Meredith L. Thielbahr, ISB#9733
Sally S. Kim, *pro hac vice*
mthielbahr@grsm.com
sallykim@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095
*Attorneys for Plaintiff*
*State National Insurance Company, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

CENTRAL DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>THRUXTON CONTRACTING, LLC, a limited liability company, and KIP MOCK, an individual,<br><br>Defendants. | NO. 3:24-cv-00451-AKB<br><br>**DECLARATION OF SALLY S. KIM IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT** |

I, Sally S. Kim, declare as follows:

1. I am an attorney of record for the Plaintiff. I am an adult of sound mind, and I make this Declaration on my personal knowledge.

2. I caused to be served on Defendants true and correct copies of the Summons and Complaint in this matter. According to the Declarations of Service, filed on October 17, 2024,

DECLARATION OF SALLY S. KIM IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT
PAGE 1
Case No. 3:24-cv-00451-AKB

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

service was completed on October 14, 2024, by hand delivering process on Karis Mock, individually, and on October 2, 2024, by hand delivering process on Operations Manager of Thruxton Contracting, LLC ("Thruxton").  Hand delivery completed service pursuant to I.R.C.P. 4(d)(1)(B) and 4(d)(3)(A).  True and correct copies of the Declarations of Service are attached hereto as **Exhibits A and B**.

3. Pursuant to I.R.C.P. 12(a)(1), Defendant Kip Mock was required to serve an answer to the Complaint within twenty-one days of October 14, 2024, making the answer due on November 4, 2024.

4. Pursuant to I.R.C.P. 12(a)(1), Defendant Thruxton was required to serve an answer to the Complaint within twenty-one days of October 2, 2024, making the answer due on October 23, 2024.

5. Defendants have not timely filed a responsive pleading or otherwise defended this lawsuit.  Accordingly, it is appropriate to enter default against Defendants pursuant to I.R.C.P. 55(a).

6. Pursuant to I.R.C. P. 57(b), on January 3, 2025, I provided Elijah A. Froh with a notice of this lawsuit by sending him a letter with the enclosed copy of the Complaint for Declaratory Relief.  True and correct copy of the letter to Mr. Froh is attached hereto as **Exhibit C**.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

///

///

DECLARATION OF SALLY S. KIM IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT
PAGE 2
Case No. 3:24-cv-00451-AKB

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

1   Dated: January 15, 2025.

2                                               /s/Sally S. Kim
3                                               Sally S. Kim, *pro hac vice*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SALLY S. KIM IN SUPPORT OF
PLAINTIFF'S MOTION FOR ORDER OF DEFAULT
PAGE 3
Case No. 3:24-cv-00451-AKB

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095