| Attorney or Party without Attorney: <br> Meredith L. Thielbahrm Esq, <br> Gordon Rees Scully Mansukhani, LLP <br> 999 W. Main St #100 <br> Boise , ID 83702 <br> *Telephone No:* <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> State National v Thruxton | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> USDC-District of Idaho | | |
| *Plaintiff:* STATE NATIONAL INSURANCE COMPANY, INC. <br> *Defendant:* THRUXTON CONTRACTING, LLC, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:24-cv-00451-AKB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Plaintiff's Complaint for Declartory Relief

3. a. Party served: KIP MOCK
   b. Person served: Karis Mock, Wife/Co-Occupant , Caucasian , Female , Age: 30 , Hair: Blond , Eyes: Blue , Height: 5'6" , Weight: 125 , served under F.R.C.P. Rule 4.

4. Address where the party was served: 8436 Ramsgate Avenue, Los Angeles, CA 90045

5. I served the party:
   a. **by substituted service.** On: Mon, Oct 14 2024 at: 11:11 AM by leaving the copies with or in the presence of: Karis Mock, Wife/Co-Occupant , Caucasian , Female , Age: 30 , Hair: Blond , Eyes: Blue , Height: 5'6" , Weight: 125 .

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

11963938
(393714)
Page 1 of 2

| Attorney or Party without Attorney: Meredith L. Thielbahrm Esq, Gordon Rees Scully Mansukhani, LLP 999 W. Main St #100 Boise , ID 83702 Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: State National v Thruxton | |
| Insert name of Court, and Judicial District and Branch Court: USDC-District of Idaho | | |
| Plaintiff: STATE NATIONAL INSURANCE COMPANY, INC. Defendant: THRUXTON CONTRACTING, LLC, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:24-cv-00451-AKB |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Guillermo Verjan (4169, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/16/2024
(Date)                          (Signature)



PROOF OF SERVICE

11963938
(393714)
Page 2 of 2

| Attorney or Party without Attorney: Meredith L. Thielbahrm Esq, Gordon Rees Scully Mansukhani, LLP 999 W. Main St #100 Boise , ID 83702 Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: State National v Thruxton | |
| Insert name of Court, and Judicial District and Branch Court: USDC-District of Idaho | | |
| Plaintiff: STATE NATIONAL INSURANCE COMPANY, INC. Defendant: THRUXTON CONTRACTING, LLC, et al. | | |
| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 3:24-cv-00451-AKB |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Plaintiff's Complaint for Declartory Relief

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Oct 14, 2024
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: KIP MOCK
        8436 Ramsgate Avenue, Los Angeles, CA 90045

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Oct 14, 2024 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. **FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/16/2024
(Date)             (Signature)



Judicial Council Form                     PROOF OF SERVICE                11963938
Rule 2.150.(a)&(b) Rev January 1, 2007         BY MAIL                    (393714)