Meredith L. Thielbahr, ISB#9733
Sally S. Kim, *pro hac vice*
mthielbahr@grsm.com
sallykim@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095
*Attorneys for Plaintiff*
*State National Insurance Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., a foreign insurer<br><br>Plaintiff,<br><br>v.<br><br>THRUXTON CONTRACTING, LLC, a limited liability company, and KIP MOCK, an individual,<br><br>Defendants. | NO. 3:24-cv-00451-AKB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff State National Insurance Company, Inc., ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of the voluntary dismissal of Plaintiff's action herein, in its entirety, as to all parties and all Causes of Action, without prejudice. Dismissal without a Court Order is appropriate under said rule because no opposing party has appeared, answered the complaint, or served a motion for summary judgment.

//

//

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PAGE 1
Case No. 3:24-cv-00451-AKB

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

1 | Dated: May 2, 2025  GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
   Meredith L. Thielbahr, ISB #9733
   Sally S. Kim, *pro hac vice*
   Gordon Rees Scully Mansukhani, LLP
   999 W. Main Street, Suite 100
   Boise, ID  83702
   Phone: (208) 489-9095
   Email:  mthielbahr@grsm.com

Sally S. Kim, *pro hac vice*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Ave., Ste. 2100
Seattle, WA  98104
Phone: (206) 695-5100
Email: sallykim@grsm.com

*Attorneys for Plaintiff State National Insurance Company, Inc.*

---

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PAGE 2
Case No. 3:24-cv-00451-AKB

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095